**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-7569**

─────────────

KINGDAWUD MUJAHID BURGESS,

              Plaintiff - Appellant,

         v.

AARON R. YBARRA, Agent; THE UNITED STATES OF AMERICA THROUGH
THE BUREAU OF ALCOHOL TOBACCO AND FIREARMS,

              Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:08-cv-00120-GBL-TCB)

─────────────

Submitted:  April 22, 2010         Decided:  April 26, 2010

─────────────

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kingdawud Mujahid Burgess, Appellant Pro Se.  Yiris E. Cornwall,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kingdawud Mujahid Burgess appeals the district court's order denying his motion to reconsider the court's earlier order dismissing his action without prejudice based on Burgess' failure to comply with court orders to provide notification of his transfer, release, or relocation, or risk involuntary dismissal pursuant to Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Burgess v. Ybarra, No. 1:08-cv-00120-GBL-TCB (E.D. Va. July 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED